# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SANTANA INTERNATIONAL CORPORATION, a Domestic Corporation; and ANITA STAANA, an individual,<br><br>               Plaintiff(s),<br><br>vs.<br><br>TAX SERVICES OF AMERICA, INC., a Delaware Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>               Defendant(s).<br>_____<br>TAX SERVICES OF AMERICA, INC., a Delaware Corporation,<br><br>               Counterclaimant,<br><br>vs.<br><br>SANTANA INTERNATIONAL CORPORATION, a Nevada Corporation; and ANITA STAANA, aka "ANITA SANTA ANA," an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive<br><br>               Counterdefendants.<br>_____ | 2:09-cv-01267-RLH-LRL<br><br>**O R D E R**<br>(Administrative Closure) |

Plaintiff and Counterdefendant, Anita Staana aka Anita Santa Ana, has filed a Notice of Chapter 7 Bankruptcy (#33) and all further proceedings in this matter having been stayed thereby, IT IS HEREBY ORDERED that this matter be ADMINISTRATIVELY CLOSED, to be reopened upon motion from counsel if necessary.

Dated this 6th day of September, 2011.

_____
**Roger L. Hunt**
**United States District Judge**